# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Anwar Mohamed Abdi,                          Civil No. 12-CV-2072 (PJS/TNL)

         Plaintiff,

v.                                             **ORDER**

Peter John Westmacott and
Gary Albert Doer,

         Defendants.

---

Anwar Mohamed Abdi, #22, 610 15th Street East, Minneapolis, MN 55403.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 31, 2012 (Docket No.3), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: 09/20/12                                     s/Patrick J. Schiltz
                                                          The Honorable Patrick J. Schiltz
                                                          United States District Court Judge
                                                          for the District of Minnesota